UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION
www.flmb.USCourts.gov

IN RE:                                                    CASE NO.:    3:16-BK-01965-PMG
                                                          Proceedings under    Chapter 13
CHRISTINE IRENE SCHULTE,

    Debtor.
_____/

## NOTICE OF PRELIMINARY HEARING

NOTICE IS HEREBY GIVEN THAT

A preliminary hearing in this case will be held on October 11, 2013 at 2:30 PM in 300 North Hogan Street, 4th Floor – Courtroom 4A, Jacksonville, FL 32202 to consider and act upon the following and transact such other business that may come before the Court:

*Debtor's Motion for an Order Enforcing the Automatic Stay and Sanctioning Bank of New York Mellon, Van Ness Law Firm, PLC, Neustein Law Group, P.A. and Septaria US, LLC* **(Doc. No. 39)**

1. The hearing may be continued upon announcement made in open Court without further notice.
2. Appropriate Attire. You are reminded that Local Rule 5072−1(b)(16) requires that all persons appearing in Court should dress in business attire consistent with their financial abilities. Shorts, sandals, shirts without collars, including tee shirts and tank tops, are not acceptable.
3. Avoid delays at Courthouse security checkpoints. You are reminded that Local Rule 5073−1 restricts the entry of cellular telephones and, except in Orlando, computers into the Courthouse absent a specific order of authorization issued beforehand by the presiding judge. Due to heightened security procedures, persons must present photo identification to enter the Courthouse.

Dated: September 21, 2016        **LAW OFFICE OF ADAM I. SKOLNIK, P.A.**

                                          /s/ *Adam I. Skolnik*
                                    ADAM I. SKOLNIK (FBN: 728081)
                                    ATTORNEY FOR DEBTOR:
                                    1761 WEST HILLSBORO BOULEVARD, SUITE 201
                                    DEERFIELD BEACH, FLORIDA 33442
                                    TELEPHONE:    561.265.1120
                                    FACSIMILE:    561.265.1828
                                    ASKOLNIK@SKOLNIKLAWPA.COM

{00054238}
In re: Christine Schulte | 3:16-01965-PMG                                                                    Page **1** of **1**
Notice of Preliminary Hearing for DE 39 – October 11, 2016