UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION
www.flmb.uscourts.gov

IN RE:                                                              CASE NO.:    3:16-BK-01965-PMG

                                                                    Proceedings under    Chapter 13

CHRISTINE IRENE SCHULTE,

    Debtor.
_____/

**APPELLANT'S STATEMENT OF ISSUES ON APPEAL**
**AND DESIGNATION OF RECORD**

Appellant, **CHRISTINE IRENE SCHULTE**, by and through her undersigned counsel, hereby files this Statement of Issues on Appeal and Designation of Record and, in support thereof, state as follows:

**Statement of Issues on Appeal**

1. Did the Bankruptcy Court commit error when it denied Appellant's *Motion for Rehearing* (Doc. No. 158) *and Incorporated Memorandum of Law in Support as to Order Granting Bank of New York Mellon FKA the Bank of New York as Trustee's Motion for Determination That No Stay Is In Effect or in the Alternative, Amended Motion for Relief from Automatic Stay in Support of Final Judgment* (Doc. No. 160)?

    a. Did the Bankruptcy Court exceed its authority in determining a state law substantive issue once it determined that the Property was not part of the Estate?

    b. Did the Bankruptcy Court fail to apply applicable current Florida state law?

2. Did the Bankruptcy Court commit error when it denied Appellant's *Motion for an Order Enforcing the Automatic Stay and Sanctioning Bank of New York Mellon, Van Ness Law Firm, PLC, Neustein Law Group. P.A. and Septaria US, LLC* (Doc. No. 39)

## Appellant's Designation of Record on Appeal

1. Voluntary Petition under Chapter 13 (Doc. No. 1).

2. Scheduled A-J and Summary of Assets (Doc. No. 13).

3. Objection to Motion for Relief from Automatic Stay (Doc. No. 28).

4. Motion for an Order Enforcing the Automatic Stay and Sanctioning Bank of New York Mellon, Van Ness Law Firm, PLC, Neustein Law Group. P.A. and Septaria US, LLC, (Doc. No. 39).

5. Amended Memorandum in Support of Debtor's Motion for for an Order Enforcing the Automatic Stay and Sanctioning Bank of New York Mellon, Van Ness Law Firm, PLC, Neustein Law Group. P.A. and Septaria US, LLC (Doc. No. 83).

6. (Debtor's) Proposed Exhibits for Hearing (Doc. No. 84).

7. Transcript of December 6, 2016 Hearing (Doc. No. 96).

8. Notice of Additional Authority in Support of Motion for an Order Enforcing the Automatic Stay and Sanctioning Bank of New York Mellon, Van Ness Law Firm, PLC, Neustein Law Group. P.A. and Septaria US, LLC; in Opposition of Motion for Determination that No Stay Is In Effect, or in the alternative, Amended Motion for Relief from Automatic Stay in Support of Final Judgment (Doc. No. 113).

9. Request for Judicial Notice (Doc. No. 126).

10. Agreed Order[1] between Debtor and Third Party. (Doc. No. 128).

11. Transcript of July 24, 2017 Hearing (Doc. No. 138).

---

[1] The Official Court Online Docket incorrectly lists this as an Agreed Order for Determination that no stay is in effect and Motion for Sanctions. However, this Agreed Order was only between the Debtor and the Third Party Purchaser. *See* Order.

12. Order Granting Motion for Determination that No Stay is in Effect or in the Alternative, Amended Motion for Relief from Automatic Stay in Support of Final Judgment by The Bank of New York Mellon fka The Bank of New York as Trustee (Doc. No. 147).

13. Order Denying Debtor's Motion for an Order Enforcing the Automatic Stay and Sanctioning Bank of New York Mellon, Van Ness Law Firm, PLC, Neustein Law Group, P.A. and Septaria US, LLC (Doc. No. 148)

14. Debtor's Motion for Rehearing and Incorporated Memorandum of Law in Support as to Order Granting Bank of New York Mellon fka The Bank of New York as Trustee's Motion for Determination that No Stay Is In Effect or in the Alternative, Amended Motion for Relief From Automatic Stay in Support of Final Judgment (Doc. No. 158)

15. Order Denying Debtor's Motion for Rehearing (Doc. No. 160).

    Respectfully submitted,

    LAW OFFICE OF ADAM I. SKOLNIK, P.A.

    BY:   /s/    ***Adam I. Skolnik***
    ADAM I. SKOLNIK, FBN #728081
    1761 WEST HILLSBORO BOULEVARD, SUITE 201
    DEERFIELD BEACH, FLORIDA 33442
    TELEPHONE:  561.265.1120
    FACSIMILE:   561.265.1828
    *PRIMARY EMAIL:*
        ASKOLNIK@SKOLNIKLAWPA.COM
    *SECONDARY EMAIL:*
        COURTS@SKOLNIKLAWPA.COM
        FSKOLNIK@SKOLNIKLAWPA.COM
    *Lead Counsel for Debtor:*
        **CHRISTINE IRENE SCHULTE**

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the above and foregoing Debtor's Motion to Set Aside Dismissal has been provided by first class U.S. Mail, electronic mail, or facsimile transmission this **18th** day of **January, 2018** to the parties below:

                                          /s/ *Adam I. Skolnik*
                                          ADAM I. SKOLNIK

**Douglas W. Neway, Ch. 13 Trustee**
POB 4308
Jacksonville, Florida 32201
Email: mbrown@ch13jaxfl.com;
filings@ch13jaxfl.com; court@ch13jaxfl.com;
     courtdailysummary@ch13jaxfl.com;
*Standing Chapter 13 Trustee*
*via ECF*

**Fran E. Zion, Esq.**
**Heller Zion, L.L.P.**
1428 Brickell Avenue, Suite 700
Miami, Florida 33131
E-mail:fzion@hellerzion.com
*Counsel for Secured Creditor, Bank of New York Mellon*
*Via ECF and First Class US Mail*

**Marian Kennady, Esq.**
**Van Ness Law Firm, PLLC**
1239 E. Newport Center Drive, Suite 110
Deerfield Beach, Florida 33442
Email: pleadings@vanlawfl.com
*State Counsel for Bank of New York Mellon*
*Via First Class Mail and e-mail*

**Septaris US, LLC**
c/o **Nicole Neustein, Esq.**
**Neustein Law Group, P.A.**
18305 Biscayne Boulevard, Suite 250
Aventura, Florida 33160
Email: nlglaw@yahoo.com;
marissa@neusteinlaw.com
*Via First Class Mail and e-mail*

**Nicole Moskowitz, Esq.**
**Neustein Law Group, P.A.**
18305 Biscayne Boulevard, Suite 250
Aventura, Florida 33160
Email: nlglaw@yahoo.com;
marissa@neusteinlaw.com
*Counsel for Septaris*
*Via First Class Mail and e-mail*

**The Bank of New York Mellon fka The Bank of New York as Trustee for the Certificateholders of CWABS, Inc., Asset Backed Certificates, Series 2005-8**
**c/o Shellpoint Mortgage Servicing**
POB 10826
Greenville, South Carolina 29603-0826
*Secured Creditor*
*via First Class US Mail and certified mail*